John D. O'Connor (SBN 54238)
Steven J. Garrett (SBN 221021)
O'CONNOR AND ASSOCIATES
201 Mission Street, Suite 710
San Francisco, CA 94105
Telephone:  (415) 693-9960
Facsimile:  (415) 692-6537

Attorneys for Gail Wean Long,
as Executrix of Estate of Carolyn Wean

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF CAROLYN WEAN,<br><br><br>Plaintiff,<br><br>v.<br><br><br>ALAN PATTERSON, and DOES 1 THROUGH 100,<br><br><br>Defendants. | Case No. C12-4598<br><br>State Court Case No. CIV1203713<br><br><br>[PROPOSED] ORDER TO REMAND CASE TO STATE COURT |

On the basis of the Stipulation to Remand entered into and submitted by Plaintiff Estate of Carolyn Wean and Defendant Alan Patterson, and good cause having been found,

IT IS HEREBY ORDERED that this case be immediately remanded in its entirety to Marin County Superior Court from where it was removed by Defendant Alan Patterson on September 4, 2012.

Dated:  _ September 27____, 2012

_____
The Honorable Magistrate Judge
Maria-Elena James